# Camp Rim Rock
## **UNREVIEWED**
## Balance Sheet
### As of December 31, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 1000 Capon Valley Bank | 0.00 |
| 1072 Bill.com Money Out Clearing | 0.00 |
| 1100 Dime Bank | 0.00 |
| 1110 Wells Fargo -Checking/8991 | 0.00 |
| 1120 Univest ( Valley Green) | 0.00 |
| 1121 Univest Holding Account | 0.00 |
| 1150 Petty Cash | 0.00 |
| Gas & Parking | 0.00 |
| Laundryn | 0.00 |
| Pendleton | 21,050.00 |
| QuickBooks Checking Account | 0.10 |
| Wells Fargo DIP (2581) | 0.00 |
| Wells Fargo Operating (0162) | 0.00 |
| **Total Bank Accounts** | **$ 21,050.10** |
| **Other Current Assets** | |
| 1250 Undeposited Funds | 6,745.24 |
| 1300 Employee Advances | 0.00 |
| 1330 Uncategorized Asset | 0.00 |
| 1399 Employee Retention Credit Receivable | -93,392.04 |
| **Total Other Current Assets** | **-$ 86,646.80** |
| **Total Current Assets** | **-$ 65,596.70** |
| **Fixed Assets** | |
| 1390 Vehicle - BMW | 34,565.36 |
| 1400 Building & Other Assets | 1,115,592.68 |
| 1410 Leasehold Improvements | 7,452.88 |
| 1450 Accumulated Depreciation | -818,659.60 |
| 1500 Intangible Assets | 4,504,277.00 |
| 1550 Accumulated Amortization | -4,504,277.00 |
| 1599 Land | 1,014,092.00 |
| **Total Fixed Assets** | **$ 1,353,043.32** |
| **Other Assets** | |
| 1600 Advance to Joe Greitzer | 0.00 |
| 1610 Deferred Financing Cost | 0.00 |
| 1620 Due to Camp Rim Rock | 0.00 |
| 1630 Personal Valley Green LOC | 0.00 |
| **Total Other Assets** | **$ 0.00** |

\*\* The values contained herein have not been reviewed by the Debtor's accountant and are therefore subject to revision.

| | | |
|---|---:|---:|
| **TOTAL ASSETS** | **$** | **1,287,446.62** |
| **LIABILITIES AND EQUITY** | | |
|   **Liabilities** | | |
|     **Current Liabilities** | | |
|       **Accounts Payable** | | |
|         2000 Accounts Payable | | 0.00 |
|       **Total Accounts Payable** | **$** | **0.00** |
|       **Credit Cards** | | |
|         Univest Credit Card | | 9,446.67 |
|       **Total Credit Cards** | **$** | **9,446.67** |
|       **Other Current Liabilities** | | |
|         2100 Payroll Taxes Payable | | 160,749.17 |
|           2602 Payroll Liability | | 0.00 |
|         **Total 2100 Payroll Taxes Payable** | **$** | **160,749.17** |
|         2200 Sales Tax Payable | | 343,429.73 |
|         2250 FUTA 2013 | | 0.00 |
|         2251 Federal 2013 4th Qtr. | | 0.00 |
|         2252 FUTA 2014 | | 0.00 |
|         2253 Federal 2014 4th Qtr. | | 0.00 |
|         2254 Federal 2015 3rd Qtr. | | 0.00 |
|         2255 Federal 2015 4th Qtr. | | 0.00 |
|         2256 Federal Accr. | | 0.00 |
|         2257 FUTA Accr. | | 0.00 |
|         2258 State W/H Accr. | | 0.00 |
|         2259 W.V. U/C Accr. | | 0.00 |
|         2606 Capital Merchant Loan - 2 | | 0.00 |
|         2608 Loan Payable - PPP Loan | | 0.00 |
|         Advance Greg Friedman | | 100,000.00 |
|         Advance Harry Leff | | 100,000.00 |
|         **Merchant Lines of Credit** | | |
|           2601 YES Funding Merchant Loan | | 51,154.00 |
|           2603 Capital Merchant Loan | | 0.00 |
|           2607 Loan Payable - METROPOLITAN COMMERCIAL BANK | | 34,550.00 |
|         **Total Merchant Lines of Credit** | **$** | **85,704.00** |
|         wv Payable | | 0.00 |
|       **Total Other Current Liabilities** | **$** | **789,882.90** |
|     **Total Current Liabilities** | **$** | **799,329.57** |
|     **Long-Term Liabilities** | | |
|       2500 N.P. New Logic | | 0.00 |
|       2510 N.P. Fundworks Financial | | 0.00 |
|       2520 N.P. Fora Financial #2 | | 0.00 |
|       2530 N.P. Dime Bank | | 1,087,251.30 |
|         2531 Dime Bank Escrow | | 0.00 |
|       **Total 2530 N.P. Dime Bank** | **$** | **1,087,251.30** |

| | | |
|---|---:|---:|
| **2605 New Loan** | | 0.00 |
| **2720 Due to James Matheson** | | 0.00 |
| **2730 Due to Personal Peter** | | 0.00 |
| **2750 Due to Cash Crunch** | | 0.00 |
| **2760 Due to Henry Gladstone** | | 0.00 |
| **2770 Due to Rozansky** | | 0.00 |
| **2900 Other Long Term Liabilities** | | 0.00 |
| **Family Loans** | | 17,374.98 |
|    2600 Due to Greitzer Life Ins. Trust | | 225,799.81 |
|    2700 Due to Adam Greitzer | | 4,853.57 |
|    2710 Due to Martin Greitzer | | 2,554,900.00 |
|    2740 Due to Martin Greitzer - 2 | | 1,605,095.00 |
|    2800 Loan Payable - Robin Greitzer | | 0.00 |
| **Total Family Loans** | $ | **4,408,023.36** |
| **SBA Loan** | | 150,000.00 |
| **Total Long-Term Liabilities** | $ | **5,645,274.66** |
| **Total Liabilities** | $ | **6,444,604.23** |
| **Equity** | | |
| **3000 O.B.E.** | | 0.00 |
| **3200 Owners Draw** | | -129,542.01 |
| **3400 Holding Account** | | 0.00 |
| **3500 Retained Earnings** | | -4,965,288.38 |
| **Net Income** | | -62,327.22 |
| **Total Equity** | -$ | **5,157,157.61** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **1,287,446.62** |