# Camp Rim Rock
## **UNREVIEWED**
## Profit and Loss

### January - December 2023

| | Total |
|---|---:|
| **Income** | |
| 4000 Tuition | 1,274,757.91 |
| 4010 Deposit Refunds | -21,191.04 |
| 4100 Retreat Income | 10,860.00 |
| 4200 Services | 128,259.25 |
| QuickBooks Payments Sales | 0.00 |
| Unapplied Cash Payment Income | 0.00 |
| **Total Income** | **$ 1,392,686.12** |
| **Gross Profit** | **$ 1,392,686.12** |
| **Expenses** | |
| 5000 PERSONNEL COSTS | |
| 5100 Contractors | 41,056.50 |
| 5200 Counselors | 3,925.30 |
| 5210 Counselor Fees | 10,559.99 |
| 5220 Counselor Training | 2,530.00 |
| Total 5200 Counselors | $ 17,015.29 |
| 5300 Payroll | 0.00 |
| 5310 Payroll Taxes | 0.00 |
| 5330 Wages - Counselors | 0.00 |
| 5340 Wages - Kitchen Staff | 0.00 |
| 5350 Wages - Maintenance Staff | 0.00 |
| 5360 Wages - Office | 0.00 |
| Total 5300 Payroll | $ 0.00 |
| 6400 Medical Expense | 6,937.39 |
| **Total 5000 PERSONNEL COSTS** | **$ 65,009.18** |
| 5999 Payroll Expenses | 90.10 |
| 6001 Payroll Wage Expenses | 269,232.57 |
| 6002 Payroll Tax Expenses | 23,775.05 |
| 6003 Payroll Fees | 807.77 |
| **Total 5999 Payroll Expenses** | **$ 293,905.49** |
| 6000 FACILITY COSTS | |
| 6100 Horse Expenses | 0.00 |
| 6110 Horse Feed | 53,519.49 |
| 6130 Horse Shoes & Grooming | 25,292.59 |
| 6160 Other Horse expenses | 364.05 |
| 6170 Veterinary | 34,825.67 |
| Total 6100 Horse Expenses | $ 114,001.80 |
| 6200 Kitchen Expense | 607.71 |
| 6210 Food | 109,531.94 |

** The values contained herein have not been reviewed by the Debtor's accountant and are therefore subject to revision.

| | | |
|---|---:|---:|
| **6220 Kitchen Supplies Expense** | | 104.94 |
| **Total 6200 Kitchen Expense** | $ | **110,244.59** |
| **6300 Laundry** | | 8,200.00 |
| **6500 Operating Supplies** | | 3,104.82 |
|    **6510 Program Equipment** | | 6,435.10 |
|    **6520 Program Supplies** | | 20,857.88 |
| **Total 6500 Operating Supplies** | $ | **30,397.80** |
| **6600 Rent** | | |
|    **6610 Equipment Rental** | | 4,534.25 |
| **Total 6600 Rent** | $ | **4,534.25** |
| **6700 Repairs & Maintenance** | | 41,124.13 |
|    **6710 Equipment for Repairs** | | 136.26 |
| **Total 6700 Repairs & Maintenance** | $ | **41,260.39** |
| **6800 Swimming Pool Expenses** | | 5,901.96 |
| **6900 Utilities** | | 6,720.16 |
|    **6920 Electric & Gas** | | 31,549.39 |
|    **6930 Telephone** | | 18,058.95 |
|    **6940 Trash Removal** | | 2,000.00 |
|    **6950 Water** | | 1,510.45 |
| **Total 6900 Utilities** | $ | **59,838.95** |
| **Total 6000 FACILITY COSTS** | $ | **374,379.74** |
| **7000 MARKETING** | | |
|    **7010 Advertising** | | 14,399.21 |
|    **7030 Camp Fair** | | 3,679.99 |
|    **7050 Internet Ads** | | 39,135.01 |
|    **7070 Recruitment** | | 5,790.67 |
| **Total 7000 MARKETING** | $ | **63,004.88** |
| **8000 ADMINISTRATIVE EXPENSES** | | 1,684.38 |
|    **8100 Automobile Expense** | | 5,810.31 |
|       **8110 Auto Repairs & Maintenance** | | 14,591.38 |
|       **8140 Gas & Parking** | | 25,588.09 |
|       **8150 Insurance - Auto** | | 11,792.19 |
|       **8170 Registration** | | 255.50 |
|       **8180 Tolls** | | 346.00 |
| **Total 8100 Automobile Expense** | $ | **58,383.47** |
| **8210 Bank Fees** | | 1,842.75 |
| **8220 Credit Card Fees** | | 19,495.13 |
| **8300 Dues & Subscriptions** | | 9,992.33 |
| **8400 Insurance** | | 48,473.33 |
|    **8430 Insurance-Other** | | 17,696.89 |
|    **8440 Liability Insurance** | | 25,755.70 |
| **Total 8400 Insurance** | $ | **91,925.92** |
| **8500 Legal & Professional Fees** | | 24,429.44 |
|    **8510 Accounting Fees** | | 15,000.00 |

| | | |
|---|---:|---:|
| **8540 Legal Fees** | | 4,747.28 |
| **Total 8500 Legal & Professional Fees** | $ | **44,176.72** |
| **8600 Miscellaneous Expense** | | |
|   Uncategorized Expense | | 4,038.15 |
| **Total 8600 Miscellaneous Expense** | $ | **4,038.15** |
| **8700 Office Expense** | | 8,078.02 |
|   **8710 Computer/Internet** | | 9,702.58 |
|   **8720 Postage & Delivery** | | 542.51 |
|   **8750 Trading Post** | | 1,810.15 |
| **Total 8700 Office Expense** | $ | **20,133.26** |
| **8800 Taxes** | | |
|   **8810 Licenses & Permits** | | 1,939.83 |
|   **8820 Real Estate Taxes** | | 22,510.89 |
|   **8830 State & Local Taxes** | | 1,578.09 |
| **Total 8800 Taxes** | $ | **26,028.81** |
| **8900 Travel & Entertainment** | | 500.58 |
|   **8930 Lodging** | | 752.04 |
|   **8940 Meals & Entertainment** | | 1,189.05 |
|   **8960 Other Travel Expense** | | 0.00 |
|   **8970 Travel Reimbursement** | | 19.34 |
| **Total 8900 Travel & Entertainment** | $ | **2,461.01** |
| **Total 8000 ADMINISTRATIVE EXPENSES** | $ | **280,161.93** |
| **Counselor Traininging** | | 5,570.90 |
| **Office Supplies & Software** | | 11,444.65 |
| **Purchases** | | 0.00 |
| **QuickBooks Payments Fees** | | 45,418.66 |
| **Total Expenses** | $ | **1,138,895.43** |
| **Net Operating Income** | $ | **253,790.69** |
| **Other Expenses** | | |
|   8240 Interest Expense | | 190,257.70 |
|   9500 Other Expenses | | |
|     9530 Depreciation | | 27,597.00 |
|   **Total 9500 Other Expenses** | $ | **27,597.00** |
|   Other One Time Expenses - Legal and Collections | | 98,263.21 |
| **Total Other Expenses** | $ | **316,117.91** |
| **Net Other Income** | -$ | **316,117.91** |
| **Net Income** | -$ | **62,327.22** |

Thursday, May 02, 2024 09:18:03 AM GMT-7 - Cash Basis