**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                              :
In re:                                        :        CHAPTER 11
                                              :
Camp Rim Rock, LLC                            :        Case No. 24-11498 (AMC)
                                              :
                        Debtor                :
_____:

## <u>STATEMENT PURSUANT TO BANKRUPTCY CODE SECTION 1116(1)(B)</u>

I, Joseph Greitzer, on behalf of Camp Rim Rock, LLC (the "Debtor"), as sole member of the Debtor, do hereby state under penalty of perjury that the Debtor has not prepared a recent cash-flow statement; accordingly, this document is not appended to the Debtor's voluntary petition.

CAMP RIM ROCK, LLC

Date:   May 2, 2024                           By:/s/ *Joseph Greitzer*_____
                                                 Joseph Greitzer
                                                 Sole Member