# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| Camp Rim Rock, LLC | Case No. 24-11498 (AMC) |
| Debtor | |

## NOTICE OF OFFICER'S COMPENSATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1

NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1:

1. On May 2, 2024 (the "Petition Date"), Camp Rim Rock, LLC ("Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtor has continued to operate its business and manage its property pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. The sole officer of the Debtor to whom compensation is paid is Joseph Greitzer, who continues to act in his respective capacity as an officer and employee of the Debtor.

3. Joseph Greitzer serves as the President of the Debtor. He also is employed by the Debtor. Mr. Greitzer's duties and responsibilities include, but are not limited to, day-to-day management and operations across Debtor's human resources, finance, recruiting, sales, and managed services.

4. At the relevant times noted below, Mr. Greitzer's annual rate of compensation was $80,000 (including applicable federal, state and local taxes) at one year before the Petition Date, but, thereafter, was increased to $120,000.00 (including applicable federal, state and local taxes) at six months and ninety days prior to the Petition Date, payable periodically, but generally monthly as an officer's draw ("JG Compensation"), plus health insurance and use of a company

car. Below is a summary of the *average monthly amounts* actually paid to, and benefits received by, Mr. Greitzer during the relevant time periods:

|  | 90th day (02/02/24) | 180th day (11/04/23) | 1 year (05/02/23) |
|---|---|---|---|
| Compensation: | $10,000.00 | $10,000.00 | $ 6,666.66 |
| Cost of Benefits (approx.): (Health Insurance) | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Cost of Benefits (approx.): (Company Car) | $ 850.00 | $ 850.00 | $ 850.00 |

5. After the Petition Date, pursuant to Local Bankruptcy Rule 4002-1(c), the Debtor expects to continue to pay the JG Compensation (or less), *as and only if cash is available*, to Mr. Greitzer on a monthly basis, and to continue to provide him with health insurance and use of the company car.

6. The Debtor is serving this notice on the following: (a) all secured creditors; (b) the 20 largest unsecured creditors; and (c) all parties on the Clerk's Service List. Any creditor or party in interest who objects to the Debtor's continued retention of the above officer or to the compensation paid to said officer must do so in accordance with Local Bankruptcy Rule 4002-2.

SMITH KANE HOLMAN, LLC

Date: May 23, 2024

By: */s/ Nicholas M. Engel*
Nicholas M. Engel, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
*Proposed Counsel to the Debtor*