# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Camp Rim Rock, LLC | : | Case No. 24-11498 (AMC) |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Nicholas M. Engel, Esquire, do hereby certify that on this day, I caused a true and correct copy of the Notice of Officer's Compensation Pursuant to Local Bankruptcy Rule 4002-1 to be served electronically through the Court's ECF system upon all parties registered to receive electronic filings in this case, and via first-class mail, postage prepaid, upon the attached service list representing the Office of the United States Trustee, all secured creditors, the 20 largest unsecured creditors, and those on the clerk's service list.

Date:  May 23, 2024                                  */s/ Nicholas M. Engel*
                                                                  Nicholas M. Engel, Esquire

## SERVICE LIST

CM/ECF Electronic Mail Notice List (as of 5.23.2024)

- KACIE CARTWRIGHT    kacie.cartwright@usdoj.gov
- NICHOLAS M. ENGEL    nengel@skhlaw.com
- DAVID M GREGORY    office@gregory.legal, nick@gregory.legal
- DAVID B. SMITH    dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
- HOLLY SMITH MILLER, ESQ.    hsmiller@gsbblaw.com, chsm11@trustesolutions.net
- United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

Service Via First-Class Mail

Kacie Cartwright
DOJ-Ust
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Holly Smith Miller, Esq.
Gellert Scali Busenkell & Brown LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107

Harry Leff & Malcolm Road Associates, L.P.
c/o Greg Freidman, Esquire
6216 Mazwood Road
Rockville, MD  20852

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001

The Dime Bank
307 Erie Street
Honesdale, PA 18431

West Virginia State Tax Authority
Legal Division - Bankruptcy Unit
P.O. Box 766
Charleston, WV 25323-0766

Workforce West Virginia Unemployment Compensation Division
West Virginia Capitol Complex
Building 4
112 California Avenue, Unit 5
Charleston, WV 25305

Berg Advisors
789 E. Lancaster Avenue, #250
Villanova, PA 19085

ByzFunder
263 W. 38th Street
New York, NY 10018

Camp America
1 High Ridge Park
Stamford, CT 06905

Camp Staff USA
14258 Creek Run Drive
Riverview, FL 33579

Greitzer Life Insurance Trust
c/o Edward Glickman
One Liberty Place
1650 Market Street,
Suite 2800
Philadelphia, PA 19103

Henry Gladstone
241 South 6th Street
Philadelphia, PA 19106

Important Papers, Inc.
100 E. Evergreen Avenue
Somerdale, NJ 08083

International Exchange of North America
699 Washington Street, Suite 203
Hackettstown, NJ 07840

Joseph W. Riley
Q-Tip Marital Trust Thom
349 W. Lancaster Avenue
Haverford, PA 19041

Orlow Kaplan &
Hohenstein LLP
620 Chestnut Street
Suite 656
Philadelphia, PA 19106

Paysafe Group
311 S. Cesar Chavez Blvd
Dallas, TX 75201

Port City Apparel
3310 Kitty Hawk Road, Suite 100
Wilmington, NC 28405

Schneck Foods
3578 Valley Pike
Winchester, VA 22602

Smarter Merchant
460 Park Avenue S
New York, NY 10011

Sysco
5081 S. Valley Pike
Harrisonburg, VA 22801