# Exhibit A

Liquidation Analysis

# Liquidation Analysis

| Description | Total Amount | Real Property | Personal Property |
|---|---:|---:|---:|
| Total Property Value | 3,690,603.15 | 3,400,000.00 | 290,603.15 |
| Less: | | | |
| Schedule D. Secured Claims | 1,990,132.03 | 1,960,090.53 | 30,041.50 |
| Schedule C. Exemptions | 0.00 | 0.00 | 0.00 |
| **Interest in Nonexempt Property** | 1,700,471.12 | 1,439,909.47 | 260,561.65 |
| Less: | | | |
| Post-petition interest payable to oversecured claims (nine months from petition date to sale) | | | |
| The Dime Bank - 11.5% | 98,713.21 | | |
| Workforce West Virginia - 8.0% | 37,869.76 | | |
| West Virginia State Tax Department - 8.0% | 3,400.59 | | |
| Real Estate Sale Costs | | | |
| 6% broker fee | 204,000.00 | | |
| Transfer taxes | 26,180.00 | | |
| Estimated Chapter 11 Admin Expenses | 60,000.00 | | |
| Estimated Chapter 7 Admin Expenses | | | |
| § 326 Trustee Compensation on $1,700,471.62 | 74,264.13 | | |
| Legal fees | 30,000.00 | | |
| Accounting fees | 10,000.00 | | |
| **Proceeds available for distribution** | 1,156,043.43 | | |
| Priority Claims | 514,251.59 | | |
| **Available to General Unsecured** | 641,791.84 | | |
| Total General Unsecured | 3,435,929.77 | | |
| Percent Distribution | 18.68% | | |