# Exhibit B

Cash Flow Projections

**2024 - 100 campers**

| | August | September | October | November | December |
|---|---|---|---|---|---|
| Revenue | $ 200,395 | $ 92,490 | $ 46,245 | $ 46,245 | $ 61,660 |
| Sales Tax Collection (add in) | $ 6,012 | $ 2,775 | $ 1,387 | $ 1,387 | $ 1,850 |
| Retreats | $ 10,000 | | | | |
| **Gross Revenue** | **$ 216,407** | **$ 95,265** | **$ 47,632** | **$ 47,632** | **$ 63,510** |
| | | | | | |
| **Operating** | | | | | |
| Salary - Management | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| Kitchen & Maintenance Staff | $ 15,000 | $ 3,000 | | | |
| Salary-counselor | $ 90,000 | | | | |
| Counselor Agency fees | | $ 40,000 | | | |
| Officer Salary | $ 10,000 | $ 10,000 | $ 10,000 | $ 8,000 | $ 8,000 |
| Electric/Trash | $ 4,000 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,575 |
| Phone | $ 1,500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Office Expense | $ 1,000 | $ 1,000 | $ 500 | $ 1,000 | $ 1,000 |
| Maintenance | $ 4,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 2,000 |
| Advertising | $ 3,000 | $ 1,000 | $ 2,000 | $ 3,000 | $ 4,000 |
| Vehicle costs | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Liability Insurance WC Auto | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 10,000 |
| Horses | $ 2,000 | $ 1,000 | $ 1,000 | $ 15,000 | $ 2,500 |
| Food | $ 5,000 | | | | |
| Laundry | $ 1,000 | | | | |
| Accounting/Bookkeeping Fees | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Travel | | | | | |
| Preseason prep costs | | | | | |
| Postseason event costs | | $ 1,500 | | | |
| Credit card fees | $ 4,500 | $ 4,000 | $ 1,200 | | |
| Sales Tax | $ 6,012 | $ 2,775 | $ 1,387 | $ 1,387 | $ 1,850 |
| Miscellaneous | $ 3,000 | | | | |
| Post-Confirmation Legal | | | | $ 2,500 | $ 2,500 |
| | | | | | |
| **Operating Expenses** | **$ 172,012** | **$ 90,275** | **$ 42,087** | **$ 56,887** | **$ 48,925** |
| | | | | | |
| **Bankruptcy** | | | | | |
| Debt Service (Dime) | | | | $ 12,265 | $ 12,265 |
| Real Estate Tax Arrearage | | | | $ 2,000 | $ 2,000 |
| Pre-Petition Taxes | | | | $ 22,308 | $ 22,308 |
| Priority Deposit Payments | | | | | |
| Sub-V Trustee Fees | | | | $ 3,000 | $ 3,000 |
| Pre-Confirmation Legal | | | | $ 5,000 | $ 5,000 |
| Malcom Road Associates | | | | $ 5,000 | $ 5,000 |
| Unsecured Distribution | | | | | |
| | | | | | |
| **Bankruptcy Payments** | | $ - | $ - | $ 49,573 | $ 49,573 |
| | | | | | |
| **Gross Revenue** | $ 216,407 | $ 95,265 | $ 47,632 | $ 47,632 | $ 63,510 |
| **Bankruptcy Expenses** | $ - | $ - | $ - | $ 49,573 | $ 49,573 |
| **Operating Expenses** | $ 172,012 | $ 90,275 | $ 42,087 | $ 56,887 | $ 48,925 |
| **Net Cash Flow** | $ 44,395 | $ 4,990 | $ 5,545 | $ (58,828) | $ (34,988) |
| | | | | | |
| **Monthly Cash Position** | **$ 175,905** | **$ 180,895** | **$ 186,440** | **$ 127,612** | **$ 92,624** |
| | | | | | |
| Plan Period Net Income | | | $ - | $ (58,828) | $ (93,816) |

## Cash Flow

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 154,150 | $ 154,150 | $ 138,735 | $ 184,980 | $ 123,320 | $ 92,490 | $ 46,245 | $ 354,545 | $ 92,490 | $ 30,830 | $ 98,415 | $ 82,013 |
| Sales Tax Collection (add in) | $ 4,625 | $ 4,625 | $ 4,162 | $ 5,549 | $ 3,700 | $ 2,775 | $ 1,387 | $ 10,636 | $ 2,775 | $ 925 | $ 2,952 | $ 2,460 |
| Retreats | | | | | $ 60,000 | | | | $ 10,000 | | | |
| **Gross Revenue** | $ 158,775 | $ 158,775 | $ 142,897 | $ 190,529 | $ 187,020 | $ 95,265 | $ 47,632 | $ 365,181 | $ 105,265 | $ 31,755 | $ 101,367 | $ 84,473 |
| | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | |
| Salary - Management | $ 10,000 | $ 10,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,360 | $ 12,360 | $ 12,360 | $ 12,360 |
| Kitchen & Maintenance Staff | | | $ - | $ 4,000 | $ 7,725 | $ 20,000 | $ 40,000 | $ 10,000 | $ 5,000 | | | |
| Salary-counselor | | | $ - | $ - | $ - | | $ 20,000 | $ 100,000 | | | | |
| Counselor Agency fees | | $ 30,000 | | $ - | $ - | $ - | $ - | $ - | | | | |
| Officer Salary | $ 8,000 | $ 8,000 | $ 8,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| Electric/Trash | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 4,120 | $ 4,120 | $ 4,120 | $ 3,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Phone | $ 500 | $ 500 | $ 824 | $ 824 | $ 1,545 | $ 1,545 | $ 1,500 | $ 1,500 | $ 515 | $ 515 | $ 515 | $ 515 |
| Office Expense | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Maintenance | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 10,000 | $ 10,300 | $ 5,150 | $ 4,120 | $ 1,030 | $ 1,030 | $ 1,030 | $ 2,060 |
| Advertising | $ 3,000 | $ 3,000 | $ 3,090 | $ 5,150 | $ 3,090 | $ 3,090 | $ 3,090 | $ 3,090 | $ 1,030 | $ 1,030 | $ 1,030 | $ 4,120 |
| Vehicle costs | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 |
| Liability Insurance WC Auto | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| Horses | $ 2,000 | $ 3,000 | $ 2,000 | $ 2,000 | $ 7,210 | $ 10,000 | $ 5,150 | $ 2,060 | $ 1,030 | $ 1,030 | $ 15,450 | $ 2,575 |
| Food | | | $ - | $ - | $ - | $ 20,600 | $ 36,050 | $ 5,150 | | | | |
| Laundry | | | $ - | $ - | $ - | $ 1,030 | $ 2,060 | $ 1,030 | | | | |
| Accounting/Bookkeeping Fee | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Travel | | | $ - | $ - | $ - | $ - | $ - | $ - | | | | |
| Preseason prep costs | | | $ - | $ - | $ - | $ 25,000 | $ - | $ - | | | | |
| Postseason event costs | | | $ - | $ - | $ - | $ - | $ - | $ - | | $ 2,000 | | |
| Credit card fees | | | | | | | | | | | | |
| Sales Tax | $ 4,625 | $ 4,625 | $ 4,162 | $ 5,549 | $ 3,700 | $ 2,775 | $ 1,387 | $ 10,636 | $ 2,775 | $ 925 | $ 2,952 | $ 2,460 |
| Miscellaneous | | | $ - | $ - | $ - | $ 7,725 | $ 3,090 | $ 3,090 | | | | |
| Post-Confirmation Legal | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | | | | | | | $ 2,500 | |
| **Operating Expenses** | $ 49,685 | $ 80,685 | $ 51,636 | $ 61,083 | $ 72,270 | $ 144,185 | $ 159,597 | $ 182,796 | $ 53,800 | $ 43,950 | $ 62,897 | $ 51,150 |
| | | | | | | | | | | | | |
| **Bankruptcy** | | | | | | | | | | | | |
| Debt Service (Dime) | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 |
| Real Estate Tax Arrearage | $ 2,000 | $ 2,000 | $ 2,000 | $ 1,000 | | | | | | | | |
| Pre-Petition Taxes | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 |
| Priority Deposit Payments | | $ 30,000 | | | $ 30,000 | | | $ 30,000 | | | $ 45,000 | |
| Sub-V Trustee Fees | | | | | | | | | | | | |
| Pre-Confirmation Legal | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | | |
| Malcom Road Associates | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Unsecured Distribution | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Bankruptcy Payments** | $ 46,573 | $ 76,573 | $ 46,573 | $ 45,573 | $ 74,573 | $ 44,573 | $ 44,573 | $ 74,573 | $ 44,573 | $ 44,573 | $ 84,573 | $ 39,573 |
| | | | | | | | | | | | | |
| **Gross Revenue** | $ 158,775 | $ 158,775 | $ 142,897 | $ 190,529 | $ 187,020 | $ 95,265 | $ 47,632 | $ 365,181 | $ 105,265 | $ 31,755 | $ 101,367 | $ 84,473 |
| **Bankruptcy Expenses** | $ 46,573 | $ 76,573 | $ 46,573 | $ 45,573 | $ 74,573 | $ 44,573 | $ 44,573 | $ 74,573 | $ 44,573 | $ 44,573 | $ 84,573 | $ 39,573 |
| **Operating Expenses** | $ 49,685 | $ 80,685 | $ 51,636 | $ 61,083 | $ 72,270 | $ 144,185 | $ 159,597 | $ 182,796 | $ 53,800 | $ 43,950 | $ 62,897 | $ 51,150 |
| **Net Cash Flow** | $ 62,517 | $ 1,517 | $ 44,688 | $ 83,873 | $ 40,177 | $ (93,493) | $ (156,538) | $ 107,812 | $ 6,892 | $ (56,768) | $ (46,103) | $ (6,251) |
| | | | | | | | | | | | | |
| **Monthly Cash Position** | $ 155,141 | $ 156,658 | $ 201,346 | $ 285,219 | $ 325,396 | $ 231,903 | $ 75,365 | $ 183,177 | $ 190,069 | $ 133,301 | $ 87,198 | $ 80,948 |
| | | | | | | | | | | | | |
| Plan Period Net Income | $ (31,299) | $ (29,782) | $ 14,906 | $ 98,779 | $ 138,956 | $ 45,463 | $ (111,075) | $ (3,263) | $ 3,629 | $ (53,139) | $ (99,242) | $ (105,493) |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 164,025 | $ 164,025 | $ 147,623 | $ 196,830 | $ 131,220 | $ 98,415 | $ 49,208 | $ 377,258 | $ 98,415 | $ 32,805 | $ 98,415 | $ 82,013 |
| Sales Tax Collection (add in) | $ 4,921 | $ 4,921 | $ 4,429 | $ 5,905 | $ 3,937 | $ 2,952 | $ 1,476 | $ 11,318 | $ 2,952 | $ 984 | $ 2,952 | $ 2,460 |
| Retreats | | | | | $ 60,000 | | | | $ 10,000 | | | |
| **Gross Revenue** | $ 168,946 | $ 168,946 | $ 152,051 | $ 202,735 | $ 195,157 | $ 101,367 | $ 50,684 | $ 388,575 | $ 111,367 | $ 33,789 | $ 101,367 | $ 84,473 |
| | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | |
| Salary - Management | $ 12,360 | $ 12,360 | $ 12,360 | $ 12,360 | $ 12,360 | $ 12,360 | $ 12,360 | $ 12,360 | $ 12,360 | $ 12,360 | $ 12,360 | $ 12,360 |
| Kitchen & Maintenance Staff | | | $ - | $ 4,120 | $ 7,957 | $ 20,600 | $ 41,200 | $ 10,300 | $ 5,150 | $ - | $ - | $ - |
| Salary-counselor | | | $ - | $ - | $ - | $ - | $ 20,600 | $ 103,000 | $ - | $ - | $ - | $ - |
| Counselor Agency fees | | $ 40,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Officer Salary | $ 10,300 | $ 10,300 | $ 8,240 | $ 10,300 | $ 10,300 | $ 10,300 | $ 10,300 | $ 10,300 | $ 10,300 | $ 10,300 | $ 10,300 | $ 8,000 |
| Electric/Trash | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,060 | $ 4,244 | $ 4,244 | $ 4,244 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,060 |
| Phone | $ 515 | $ 515 | $ 515 | $ 515 | $ 1,591 | $ 1,591 | $ 1,545 | $ 1,545 | $ 500 | $ 500 | $ 500 | $ 500 |
| Office Expense | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 500 | $ 500 | $ 1,000 | $ 1,000 |
| Maintenance | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 10,300 | $ 10,609 | $ 5,305 | $ 4,244 | $ 1,000 | $ 1,000 | $ 1,000 | $ 2,000 |
| Advertising | $ 3,090 | $ 3,090 | $ 3,183 | $ 5,305 | $ 3,183 | $ 3,183 | $ 3,183 | $ 3,183 | $ 1,000 | $ 2,000 | $ 3,000 | $ 4,000 |
| Vehicle costs | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Liability Insurance WC Auto | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,300 | $ 10,300 | $ 10,300 | $ 10,300 | $ 8,000 | $ 8,000 | $ 8,000 | $ 10,000 |
| Horses | $ 2,060 | $ 3,090 | $ 2,060 | $ 2,060 | $ 7,426 | $ 10,300 | $ 5,305 | $ 2,122 | $ 1,000 | $ 1,000 | $ 15,000 | $ 2,500 |
| Food | | | $ - | $ - | $ - | $ 21,218 | $ 37,132 | $ 5,305 | $ - | $ - | $ - | $ - |
| Laundry | | | $ - | $ - | $ - | $ 1,061 | $ 2,122 | $ 1,061 | $ - | $ - | $ - | $ - |
| Accounting/Bookkeeping Fee | $ 2,000 | $ 2,000 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Travel | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Preseason prep costs | | | $ - | $ - | $ - | $ 25,750 | $ - | $ - | $ - | $ - | $ - | $ - |
| Postseason event costs | | | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,500 | $ - | $ - | $ - |
| Credit card fees | | | | | | | | | | | | |
| Sales Tax | $ 4,921 | $ 4,921 | $ 4,429 | $ 5,905 | $ 3,937 | $ 2,952 | $ 1,476 | $ 11,318 | $ 2,952 | $ 984 | $ 2,952 | $ 2,460 |
| Miscellaneous | | | $ - | $ - | $ - | $ 7,957 | $ 3,183 | $ 3,183 | $ - | $ - | $ - | $ - |
| Post-Confirmation Legal | | | | $ 2,500 | | $ - | $ - | $ - | $ - | $ - | $ 2,500 | $ - |
| | | | | | | | | | | | | |
| **Operating Expenses** | $ 52,428 | $ 93,458 | $ 50,028 | $ 62,306 | $ 74,534 | $ 146,985 | $ 162,813 | $ 187,023 | $ 49,262 | $ 41,644 | $ 61,612 | $ 47,880 |
| | | | | | | | | | | | | |
| **Bankruptcy** | | | | | | | | | | | | |
| Debt Service (Dime) | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 |
| | | | | | | | | | | | | |
| Pre-Petition Taxes | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 |
| Priority Deposit Payments | | $ 45,000 | | | $ 13,213 | | | | | | | |
| Sub-V Trustee Fees | | | | | | | | | | | | |
| Pre-Confirmation Legal | | | | | | | | | | | | |
| Malcom Road Associates | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Unsecured Distribution | | | | | | | | | | | $ 100,000 | |
| | | | | | | | | | | | | |
| **Bankruptcy Payments** | $ 39,573 | $ 84,573 | $ 39,573 | $ 39,573 | $ 52,786 | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 139,573 | $ 39,573 |
| | | | | | | | | | | | | |
| **Gross Revenue** | $ 168,946 | $ 168,946 | $ 152,051 | $ 202,735 | $ 195,157 | $ 101,367 | $ 50,684 | $ 388,575 | $ 111,367 | $ 33,789 | $ 101,367 | $ 84,473 |
| **Bankruptcy Expenses** | $ 39,573 | $ 84,573 | $ 39,573 | $ 39,573 | $ 52,786 | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 139,573 | $ 39,573 |
| **Operating Expenses** | $ 52,428 | $ 93,458 | $ 50,028 | $ 62,306 | $ 74,534 | $ 146,985 | $ 162,813 | $ 187,023 | $ 49,262 | $ 41,644 | $ 61,612 | $ 47,880 |
| **Net Cash Flow** | $ 76,945 | $ (9,085) | $ 62,450 | $ 100,856 | $ 67,837 | $ (85,190) | $ (151,702) | $ 161,980 | $ 22,532 | $ (47,428) | $ (99,818) | $ (2,981) |
| | | | | | | | | | | | | |
| **Monthly Cash Position** | $ 157,893 | $ 148,808 | $ 211,258 | $ 312,114 | $ 379,951 | $ 294,760 | $ 143,058 | $ 305,038 | $ 327,570 | $ 280,142 | $ 180,324 | $ 177,344 |
| | | | | | | | | | | | | |
| Plan Period Net Income | $ (28,547) | $ (37,632) | $ 24,818 | $ 125,674 | $ 193,511 | $ 108,320 | $ (43,382) | $ 118,598 | $ 141,130 | $ 93,702 | $ (6,116) | $ (9,096) |

zach105.png

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 169,750 | $ 169,750 | $ 152,775 | $ 203,700 | $ 135,800 | $ 101,850 | $ 50,925 | $ 390,425 | $ 101,850 | $ 33,950 | $ 101,850 | $ 84,875 |
| Sales Tax Collection (add in) | $ 5,093 | $ 5,093 | $ 4,583 | $ 6,111 | $ 4,074 | $ 3,056 | $ 1,528 | $ 11,713 | $ 3,056 | $ 1,019 | $ 3,056 | $ 2,546 |
| Retreats | | | | | $ 60,000 | | | | $ 10,000 | | | |
| **Gross Revenue** | $ 174,843 | $ 174,843 | $ 157,358 | $ 209,811 | $ 199,874 | $ 104,906 | $ 52,453 | $ 402,138 | $ 114,906 | $ 34,969 | $ 104,906 | $ 87,421 |
| | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | |
| Salary - Management | $ 12,731 | $ 12,731 | $ 12,731 | $ 12,731 | $ 12,731 | $ 12,731 | $ 12,731 | $ 12,731 | $ 12,731 | $ 12,731 | $ 12,731 | $ 12,731 |
| Kitchen & Maintenance Staff | $ - | $ - | $ - | $ 4,244 | $ 8,195 | $ 21,218 | $ 42,436 | $ 10,609 | $ 5,305 | $ - | $ - | $ - |
| Salary-counselor | $ - | $ - | $ - | $ - | $ - | $ - | $ 21,218 | $ 106,090 | $ - | $ - | $ - | $ - |
| Counselor Agency fees | $ - | $ 41,200 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Officer Salary | $ 10,609 | $ 10,609 | $ 8,487 | $ 10,609 | $ 10,609 | $ 10,609 | $ 10,609 | $ 10,609 | $ 10,609 | $ 10,609 | $ 10,609 | $ 8,240 |
| Electric/Trash | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,122 | $ 4,371 | $ 4,371 | $ 4,371 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,122 |
| Phone | $ 530 | $ 530 | $ 530 | $ 530 | $ 1,639 | $ 1,639 | $ 1,591 | $ 1,591 | $ 515 | $ 515 | $ 515 | $ 515 |
| Office Expense | $ 1,030 | $ 1,030 | $ 1,030 | $ 1,030 | $ 1,030 | $ 1,030 | $ 1,030 | $ 1,030 | $ 515 | $ 515 | $ 1,030 | $ 1,030 |
| Maintenance | $ 2,185 | $ 2,185 | $ 2,185 | $ 2,185 | $ 10,609 | $ 10,927 | $ 5,464 | $ 4,371 | $ 1,030 | $ 1,030 | $ 1,030 | $ 2,060 |
| Advertising | $ 3,183 | $ 3,183 | $ 3,278 | $ 5,464 | $ 3,278 | $ 3,278 | $ 3,278 | $ 3,278 | $ 1,030 | $ 2,060 | $ 3,090 | $ 4,120 |
| Vehicle costs | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 1,545 | $ 1,545 | $ 1,545 | $ 1,030 | $ 1,030 | $ 1,030 | $ 1,030 |
| Liability Insurance WC Auto | $ 10,300 | $ 10,300 | $ 10,300 | $ 10,300 | $ 10,609 | $ 10,609 | $ 10,609 | $ 10,609 | $ 8,240 | $ 8,240 | $ 8,240 | $ 10,300 |
| Horses | $ 2,122 | $ 3,183 | $ 2,122 | $ 2,122 | $ 7,649 | $ 10,609 | $ 5,464 | $ 2,185 | $ 1,030 | $ 1,030 | $ 15,450 | $ 2,575 |
| Food | $ - | $ - | $ - | $ - | $ - | $ 21,855 | $ 38,245 | $ 5,464 | $ - | $ - | $ - | $ - |
| Laundry | $ - | $ - | $ - | $ - | $ - | $ 1,093 | $ 2,185 | $ 1,093 | $ - | $ - | $ - | $ - |
| Accounting/Bookkeeping Fees | $ 2,060 | $ 2,060 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 |
| Travel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Preseason prep costs | $ - | $ - | $ - | $ - | $ - | $ 26,523 | $ - | $ - | $ - | $ - | $ - | $ - |
| Postseason event costs | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,545 | $ - | $ - | $ - |
| Credit card fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales Tax | $ 5,093 | $ 5,093 | $ 4,583 | $ 6,111 | $ 4,074 | $ 3,056 | $ 1,528 | $ 11,713 | $ 3,056 | $ 1,019 | $ 3,056 | $ 2,546 |
| Miscellaneous | $ - | $ - | $ - | $ - | $ - | $ 8,195 | $ 3,278 | $ 3,278 | $ - | $ - | $ - | $ - |
| Post-Confirmation Legal | $ - | $ - | $ - | $ 2,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,500 | $ - |
| | | | | | | | | | | | | |
| **Operating Expenses** | $ 54,025 | $ 96,285 | $ 51,551 | $ 64,129 | $ 76,789 | $ 151,409 | $ 167,704 | $ 192,689 | $ 50,755 | $ 42,898 | $ 63,400 | $ 49,329 |
| | | | | | | | | | | | | |
| **Bankruptcy** | | | | | | | | | | | | |
| Debt Service (Dime) | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 |
| | | | | | | | | | | | | |
| Pre-Petition Taxes | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 |
| Priority Deposit Payments | | | | | | | | | | | | |
| Sub-V Trustee Fees | | | | | | | | | | | | |
| Pre-Confirmation Legal | | | | | | | | | | | | |
| Malcom Road Associates | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Unsecured Distribution | | | | | $ 125,000 | | | | | | $ 150,000 | |
| | | | | | | | | | | | | |
| **Bankruptcy Payments** | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 164,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 189,573 | $ 39,573 |
| | | | | | | | | | | | | |
| **Gross Revenue** | $ 174,843 | $ 174,843 | $ 157,358 | $ 209,811 | $ 199,874 | $ 104,906 | $ 52,453 | $ 402,138 | $ 114,906 | $ 34,969 | $ 104,906 | $ 87,421 |
| **Bankruptcy Expenses** | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 164,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 189,573 | $ 39,573 |
| **Operating Expenses** | $ 54,025 | $ 96,285 | $ 51,551 | $ 64,129 | $ 76,789 | $ 151,409 | $ 167,704 | $ 192,689 | $ 50,755 | $ 42,898 | $ 63,400 | $ 49,329 |
| **Net Cash Flow** | $ 81,245 | $ 38,984 | $ 66,235 | $ 106,109 | $ (41,488) | $ (86,076) | $ (154,824) | $ 169,876 | $ 24,578 | $ (47,503) | $ (148,068) | $ (1,481) |
| | | | | | | | | | | | | |
| **Monthly Cash Position** | $ 258,589 | $ 297,573 | $ 363,807 | $ 469,916 | $ 428,428 | $ 342,352 | $ 187,527 | $ 357,403 | $ 381,981 | $ 334,478 | $ 186,410 | $ 184,930 |
| | | | | | | | | | | | | |
| Plan Period Net Income | $ 72,149 | $ 111,133 | $ 177,367 | $ 283,476 | $ 241,988 | $ 155,912 | $ 1,087 | $ 170,963 | $ 195,541 | $ 148,038 | $ (30) | $ (1,510) |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 174,843 | $ 174,843 | $ 157,358 | $ 209,811 | $ 139,874 | $ 104,906 | $ 52,453 | $ 402,138 | $ 104,906 | $ 34,969 | $ 104,906 | $ 87,421 |
| Sales Tax Collection (add in) | $ 5,245 | $ 5,245 | $ 4,721 | $ 6,294 | $ 4,196 | $ 3,147 | $ 1,574 | $ 12,064 | $ 3,147 | $ 1,049 | $ 3,147 | $ 2,623 |
| Retreats | | | | | $ 60,000 | | | | $ 10,000 | | | |
| **Gross Revenue** | $ 180,088 | $ 180,088 | $ 162,079 | $ 216,105 | $ 204,070 | $ 108,053 | $ 54,026 | $ 414,202 | $ 118,053 | $ 36,018 | $ 108,053 | $ 90,044 |
| | | | | | | | | | | | | |
| **Operating** | | | | | | | | | | | | |
| Salary - Management | $ 13,113 | $ 13,113 | $ 13,113 | $ 13,113 | $ 13,113 | $ 13,113 | $ 13,113 | $ 13,113 | $ 13,113 | $ 13,113 | $ 13,113 | $ 13,113 |
| Kitchen & Maintenance Staff | $ - | $ - | $ - | $ 4,371 | $ 8,441 | $ 21,855 | $ 43,709 | $ 10,927 | $ 5,464 | $ - | $ - | $ - |
| Salary-counselor | $ - | $ - | $ - | $ - | $ - | $ - | $ 21,855 | $ 109,273 | $ - | $ - | $ - | $ - |
| Counselor Agency fees | $ - | $ 42,436 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Officer Salary | $ 10,927 | $ 10,927 | $ 8,742 | $ 10,927 | $ 10,927 | $ 10,927 | $ 10,927 | $ 10,927 | $ 10,927 | $ 10,927 | $ 10,927 | $ 8,487 |
| Electric/Trash | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,185 | $ 4,502 | $ 4,502 | $ 4,502 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,185 |
| Phone | $ 546 | $ 546 | $ 546 | $ 546 | $ 1,688 | $ 1,688 | $ 1,639 | $ 1,639 | $ 530 | $ 530 | $ 530 | $ 530 |
| Office Expense | $ 1,061 | $ 1,061 | $ 1,061 | $ 1,061 | $ 1,061 | $ 1,061 | $ 1,061 | $ 1,061 | $ 530 | $ 530 | $ 1,061 | $ 1,061 |
| Maintenance | $ 2,251 | $ 2,251 | $ 2,251 | $ 2,251 | $ 10,927 | $ 11,255 | $ 5,628 | $ 4,502 | $ 1,061 | $ 1,061 | $ 1,061 | $ 2,122 |
| Advertising | $ 3,278 | $ 3,278 | $ 3,377 | $ 5,628 | $ 3,377 | $ 3,377 | $ 3,377 | $ 3,377 | $ 1,061 | $ 2,122 | $ 3,183 | $ 4,244 |
| Vehicle costs | $ 2,185 | $ 2,185 | $ 2,185 | $ 2,185 | $ 2,185 | $ 1,591 | $ 1,591 | $ 1,591 | $ 1,061 | $ 1,061 | $ 1,061 | $ 1,061 |
| Liability Insurance WC Auto | $ 10,609 | $ 10,609 | $ 10,609 | $ 10,609 | $ 10,927 | $ 10,927 | $ 10,927 | $ 10,927 | $ 8,487 | $ 8,487 | $ 8,487 | $ 10,609 |
| Horses | $ 2,185 | $ 3,278 | $ 2,185 | $ 2,185 | $ 7,879 | $ 10,927 | $ 5,628 | $ 2,251 | $ 1,061 | $ 1,061 | $ 15,914 | $ 2,652 |
| Food | $ - | $ - | $ - | $ - | $ - | $ 22,510 | $ 39,393 | $ 5,628 | $ - | $ - | $ - | $ - |
| Laundry | $ - | $ - | $ - | $ - | $ - | $ 1,126 | $ 2,251 | $ 1,126 | $ - | $ - | $ - | $ - |
| Accounting/Bookkeeping Fee | $ 2,122 | $ 2,122 | $ 2,185 | $ 2,185 | $ 2,185 | $ 2,185 | $ 2,185 | $ 2,185 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 |
| Travel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Preseason prep costs | $ - | $ - | $ - | $ - | $ - | $ 27,318 | $ - | $ - | $ - | $ - | $ - | $ - |
| Postseason event costs | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,591 | $ - | $ - | $ - |
| Credit card fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales Tax | $ 5,245 | $ 5,245 | $ 4,721 | $ 6,294 | $ 4,196 | $ 3,147 | $ 1,574 | $ 12,064 | $ 3,147 | $ 1,049 | $ 3,147 | $ 2,623 |
| Miscellaneous | $ - | $ - | $ - | $ - | $ - | $ 8,441 | $ 3,377 | $ 3,377 | $ - | $ - | $ - | $ - |
| Post-Confirmation Legal | $ - | $ - | $ - | $ 2,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,500 | $ - |
| | | | | | | | | | | | | |
| **Operating Expenses** | $ 55,645 | $ 99,174 | $ 53,097 | $ 65,978 | $ 79,093 | $ 155,951 | $ 172,735 | $ 198,469 | $ 52,277 | $ 44,185 | $ 65,227 | $ 50,809 |
| | | | | | | | | | | | | |
| **Bankruptcy** | | | | | | | | | | | | |
| Debt Service (Dime) | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 |
| | | | | | | | | | | | | |
| Pre-Petition Taxes | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 |
| Priority Deposit Payments | | | | | | | | | | | | |
| Sub-V Trustee Fees | | | | | | | | | | | | |
| Pre-Confirmation Legal | | | | | | | | | | | | |
| Malcom Road Associates | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Unsecured Distribution | | | | | $ 175,000 | | | | | | $ 150,000 | |
| | | | | | | | | | | | | |
| **Bankruptcy Payments** | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 214,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 | $ 189,573 | $ 39,573 |
| | | | | | | | | | | | | |
| **Gross Revenue** | 180,088 | 180,088 | 162,079 | 216,105 | 204,070 | 108,053 | 54,026 | 414,202 | 118,053 | 36,018 | 108,053 | 90,044 |
| **Bankruptcy Expenses** | 39,573 | 39,573 | 39,573 | 39,573 | 214,573 | 39,573 | 39,573 | 39,573 | 39,573 | 39,573 | 189,573 | 39,573 |
| **Operating Expenses** | 55,645 | 99,174 | 53,097 | 65,978 | 79,093 | 155,951 | 172,735 | 198,469 | 52,277 | 44,185 | 65,227 | 50,809 |
| **Net Cash Flow** | $ 84,870 | $ 41,341 | $ 69,409 | $ 110,554 | $ (89,595) | $ (87,471) | $ (158,282) | $ 176,160 | $ 26,202 | $ (47,741) | $ (146,748) | $ (338) |
| | | | | | | | | | | | | |
| **Monthly Cash Position** | $ 269,799 | $ 311,140 | $ 380,549 | $ 491,103 | $ 401,507 | $ 314,036 | $ 155,754 | $ 331,914 | $ 358,116 | $ 310,375 | $ 163,628 | $ 163,290 |
| | | | | | | | | | | | | |
| Plan Period Net Income | $ 83,359 | $ 124,700 | $ 194,109 | $ 304,663 | $ 215,067 | $ 127,596 | $ (30,686) | $ 145,474 | $ 171,676 | $ 123,935 | $ (22,812) | $ (23,150) |

Cash Flow

| | January | February | March | April |
|---|---|---|---|---|
| Revenue | $ 180,088 | $ 180,088 | $ 162,079 | $ 216,105 |
| Sales Tax Collection (add in) | $ 5,403 | $ 5,403 | $ 4,862 | $ 6,483 |
| Retreats | | | | |
| **Gross Revenue** | $ 185,490 | $ 185,490 | $ 166,941 | $ 222,588 |
| | | | | |
| **Operating** | | | | |
| Salary - Management | $ 13,506 | $ 13,506 | $ 13,506 | $ 13,506 |
| Kitchen & Maintenance Staff | $ - | $ - | $ - | $ 4,502 |
| Salary-counselor | $ - | $ - | $ - | $ - |
| Counselor Agency fees | $ - | $ 43,709 | $ - | $ - |
| Officer Salary | $ 11,255 | $ 11,255 | $ 9,004 | $ 11,255 |
| Electric/Trash | $ 2,185 | $ 2,185 | $ 2,185 | $ 2,185 |
| Phone | $ 563 | $ 563 | $ 563 | $ 563 |
| Office Expense | $ 1,093 | $ 1,093 | $ 1,093 | $ 1,093 |
| Maintenance | $ 2,319 | $ 2,319 | $ 2,319 | $ 2,319 |
| Advertising | $ 3,377 | $ 3,377 | $ 3,478 | $ 5,796 |
| Vehicle costs | $ 2,251 | $ 2,251 | $ 2,251 | $ 2,251 |
| Liability Insurance WC Auto | $ 10,927 | $ 10,927 | $ 10,927 | $ 10,927 |
| Horses | $ 2,251 | $ 3,377 | $ 2,251 | $ 2,251 |
| Food | $ - | $ - | $ - | $ - |
| Laundry | $ - | $ - | $ - | $ - |
| Accounting/Bookkeeping Fees | $ 2,185 | $ 2,185 | $ 2,251 | $ 2,251 |
| Travel | $ - | $ - | $ - | $ - |
| Preseason prep costs | $ - | $ - | $ - | $ - |
| Postseason event costs | $ - | $ - | $ - | $ - |
| Credit card fees | $ - | $ - | $ - | $ - |
| Sales Tax | $ 5,403 | $ 5,403 | $ 4,862 | $ 6,483 |
| Miscellaneous | $ - | $ - | $ - | $ - |
| Post-Confirmation Legal | $ - | $ - | $ - | $ 2,500 |
| | | | | |
| **Operating Expenses** | $ 57,315 | $ 102,149 | $ 54,690 | $ 67,883 |
| | | | | |
| **Bankruptcy** | | | | |
| Debt Service (Dime) | $ 12,265 | $ 12,265 | $ 12,265 | $ 12,265 |
| | | | | |
| Pre-Petition Taxes | $ 22,308 | $ 22,308 | $ 22,308 | $ 22,308 |
| Priority Deposit Payments | | | | |
| Sub-V Trustee Fees | | | | |
| Pre-Confirmation Legal | | | | |
| Malcom Road Associates | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Unsecured Distribution | | | | | $ 297,032 |
| | | | | |
| **Bankruptcy Payments** | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 |
| | | | | |
| **Gross Revenue** | $ 185,490 | $ 185,490 | $ 166,941 | $ 222,588 |
| **Bankruptcy Expenses** | $ 39,573 | $ 39,573 | $ 39,573 | $ 39,573 |
| **Operating Expenses** | $ 57,315 | $ 102,149 | $ 54,690 | $ 67,883 |
| **Net Cash Flow** | $ 88,603 | $ 43,768 | $ 72,678 | $ 115,133 |
| | | | | |
| **Monthly Cash Position** | $ 251,893 | $ 295,661 | $ 368,339 | $ 483,472 |
| | | | | |
| Plan Period Net Income | $ 65,453 | $ 109,221 | $ 181,899 | $ - |